NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3203

CRAIG A. ADAMS,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Nicole M. Smithson, The Law Offices of Sherriee L. Detzler, P.L.L.C., of Utica, Michigan, argued for petitioner.

Allison Kidd-Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeffrey S. Bucholtz, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.  Of counsel on the brief was Therese M. Novell, Attorney, Department of the Army, of Warren, Michigan.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3203

CRAIG A. ADAMS,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        CH0752060251-1-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, LINN, and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 10, 2008        /s/ Jan Horbaly

Jan Horbaly, Clerk